FILED
MAY 10 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REFUGIO PEREZ-GONZALEZ,<br><br>Defendant. | Case No.: 19-cr-0968-CAB<br><br>**ORDER AND JUDGMENT OF DISMISSAL OF CASE** |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned matter is dismissed without prejudice.

Defendant REFUGIO PEREZ-GONZALEZ shall be released from criminal custody in this case.

SO ORDERED.

DATED: May 10, 2019

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT COURT JUDGE